FORM 1 VOLUNTARY PETITION

| United States Bankruptcy Court District of | VOLUNTARY PETITION |
|---|---|
| IN RE (Name of debtor individual, enter Last, First, Middle)<br>**FOSTER, REGINA** | NAME OF JOINT DEBTOR (Spouse) (Last, First, Middle) |
| ALL OTHER NAMES used by debtor in the last 6 years (include married, maiden and trade names)<br>N/A | ALL OTHER NAMES used by the joint debtor in the last 6 years (include married, maiden and trade names.)<br>N/A |
| SOC. SEC.;TAX I.D. NO. (If more than one, state all) | SOC. SEC./TAX I.D. NO (more than one, state all) |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, zip)<br>512 NATHAN<br>UNIVERSITY PK., ILLINOIS 60466 | STREET ADDRESS OF JOINT DEBTOR (No. and street, city, state, zip)<br>SAME |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>**COOK** | COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS |
| MAILING ADDRESS OF DEBTOR (If different from street address)<br>N/A | MAILING ADDRESS OF JOINT DEBTOR (if different from street address)<br>N/A |
| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from addresses listed above)<br>N/A | [] Debtor has been domiciled or has had a residence, principal place of business or principal assets in this District for 180 immediately proceding the date of this petition or for a longer part of such 180 days than in any other District<br>[] There is a bankruptcy case concerning debtor's affiliate, general partner or partnership pending in this District |

**INFORMATION REGARDING DEBTOR (Check applicable boxes)**

TYPE OF DEBTOR
- [X] Individual
- [] Joint (H&W)
- [] Partnership
- [] Other _____
- [] Corporation Publicly Held
- [] Corporation Not Publicly Held
- [] Municipality

CHAPTER OR SECTION OF BANKRUPTCY CODE UNDER WHICH THE PETITION IS FILED (Check one box)
- [] Chapter 7
- [] Chapter 11
- [X] Chapter 13
- [] Chapter 9
- [] Chapter 12
- [] §304-Case Ancillary to Foreign Proceeding

FILING FEE (Check one box)
- [] Filing fee attached.
- [] Filing fee to be paid in installments. (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3

NATURE OF DEBT
- [] Non-Business Consumer
- [X] Business - Complete A&B below

A. TYPE OF BUSINESS (check one box)
- [] Farming
- [] Professional
- [] Retail/Wholesale
- [] Railroad
- [] Transportation
- [] Manufacturing/Mining
- [] Stockbroker
- [] Commodity Broker
- [] Construction
- [] Real Estate
- [] Other Business

B. BRIEFLY DESCRIBE NATURE OF BUSINESS

NAME AND ADDRESS OF LAW FIRM OR ATTORNEY
**WILLIS E. BROWN LTD.**
120 W. MADISON STREET SUITE 825
CHICAGO, ILLINOIS 60602
Telephone No. (312)372-3026

NAME(S) OF ATTORNEY(S) DESIGNATED TO REPRESENT THE DEBTOR
**WILLIS E. BROWN**
[] Debtor is not represented by an attorney

**STATISTICAL ADMINISTRATIVE INFORMATION (28 U.S.C. § 604)** (Estimates only) (Check applicable boxes)

- [] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [] Debtor estimates that after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

ESTIMATED NUMBER OF CREDITORS
- [X] 1-15
- [] 16-49
- [] 50-99
- [] 100-199
- [] 200-999
- [] 1000-over

ESTIMATED ASSETS (in thousands of dollars)
- [] Under 50
- [X] 50-99
- [] 100-499
- [] 500-999
- [] 1000-9999
- [] 10,000-99,000
- [] over 100,000

ESTIMATED LIABILITIES (in thousands of dollars)
- [] Under 50
- [X] 50-99
- [] 100-499
- [] 500-999
- [] 1000-9999
- [] 10,000-99,000
- [] over 100,000

ESTIMATED NUMBER OF EMPLOYEES - CH 11 & 12 ONLY
- [X] 0
- [] 1-19
- [] 20-99
- [] 100-999
- [] 1000

ESTIMATED NO. OF EQUITY SECURITY HOLDERS - CH 11 & 12 ONLY
- [X] 0
- [] 1-19
- [] 20-99
- [] 100-499
- [] 500-

THIS SPACE FOR COURT USE ONLY

U.S. Bankruptcy Court
Filed Northern District Of Illinois
Date: 08/18/2005
Time: 16:24:05
Debtor: REGINA FOSTER
Case: 05-32776   Fee: 194
Chapter: 13   Rec. #: 3136969
Judge: Jacqueline Cox
341 mtg: 09/14/2005 @ 03:00PM
ConfHrg: 10/03/2005 @ 10:30AM
Trustee: TOM VAUGHN

1:05BK32776-BK001



Form 1, P2 (6-90)

Name of Debtor _____ Case No. _____
(Court use only)

### FILING OF PLAN

For Chapter 9, 11, 12 and 13 cases only. Check appropriate box.

☐ A copy of debtor's proposed plan dated _____ is attached.

☐ Debtor intends to file a plan within the time allowed by statute, rule, or order of the court.

### PRIOR BANKRUPTCY CASE FILED WITHIN LAST 6 YEARS (If more than one, attach additional sheet)

| Location Where Filed | Case Number | Date Filed |
|---|---|---|
| CHICAGO | /05 | |

### PENDING BANKRUPTCY CASE FILED BY ANY SPOUSE, PARTNER, OR AFFILIATE OF THIS DEBTOR (if more than one, attach additional sheet.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| | | |

| Relationship | District | Judge |
|---|---|---|
| | | |

### REQUEST FOR RELIEF

Debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

### SIGNATURES

**ATTORNEY**

X _William E. Brown_ (signature)   Date 8/18/05

Signature

| INDIVIDUAL /JOINT DEBTOR(S) | CORPORATE OR PARTNERSHIP DEBTOR |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. | I declare under penalty of perjury that the information provided in this petition is true and correct, and that the filing of this petition on behalf of the debtor has been authorized. |
| X _(signature)_ Signature of Debtor Date | X _____ Signature of Authorized Individual |
| | Print or Type Name of Authorized Individual |
| X _____ Signature of Joint Debtor Date | X _____ Title of Individual Authorized by Debtor to File this Petition Date |

### EXHIBIT "A" (To be completed if debtor is a corporation requesting relief under chapter 11.)

☐ Exhibit "A" is attached and made a part of this petition.

### TO BE COMPLETED BY INDIVIDUAL CHAPTER 7 DEBTOR WITH PRIMARILY CONSUMER DEBTS (See P.L. 98-353 § 322)

I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7 of such title.

If I am represented by an attorney, exhibit "B" has been completed.

X _____   Date _____
Signature of Debtor

X _____   Date _____
Signature of Joint Debtor

### EXHIBIT "B" (To be completed by attorney for individual chapter 7 debtor(s) with primarily consumer debts.)

I, the attorney for the debtor(s) named in the foregoing petition, declare that I have informed the debtor(s) that (he, she, or they) may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____   Date _____
Signature of Attorney

3069-2© 1991 JULIUS BLUMBERG, INC., NYC 10013

**REGINA FOSTER**

Wells Fargo Acceptance
P.O. Box 98765
LasVegas, Nevada

Mortgage Lenders Network USA
10 Research Parkway
Wallingford, Conn. 06492

USA PayDay Loan
C/O Wexler & Wexler
500 Madison
Chicago, Illinois

Guaranty Bank-
Professional Account Management
Collection Service
P.O. Box 391
Milwaukee, Wisconsin

Roto-Rooter Service
Palmer Reiflen, & Assoc
19 W. Summit Tower Building
Suite 820
Orlando, Florida 32810

TCF National Bank
C/O ACC International
919 Estes Court
Schaumburg, Illinois

SBC
C/O Asset Acceptance LLC
P.O> Box 2036
Warren, Michigan

Trinsic Communication
C/O BCC
29 E. Madison Street
Chicago, Illinois

Tree-Wizards
C/O Asset Acceptance
2462 Apache Ave.
Sauk Village , Illinois

B&D Discount Carpet
12713 S. May Street
Calumet Park, Illinois

Sprint PCS
C/O Universal Fidelity
P.O. Box 941911
Houston Texas

Nicor Gas
P.O. Box 310
Aurora, Illinois

In re Foster, Regina M._____, Case No. _____
       **Debtor**                                                              (If known)

# SCHEDULE A - REAL PROPERTY

    Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

    **Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

    If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

    If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| residence; 512 Nathan; University Park, Illinois | | W | $ 80,000.00 | $ 67,425.00 |

See Attachment 1                                             Total➤   $ 89,231.00

(Report also on Summary of Schedules.)

In re Foster, Regina M.　　　　　　　　　　　　　　　,　　　　　　　　　　Case No. _____
　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | | W | $ 50.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | checking; USA Credit Union; Matteson, Illinois | W | $ 50.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | gas deposit; NICOR Gas | W | $ 2,531.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | various; furniture | W | $ 500.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | | W | $ 100.00 |
| 6. Wearing apparel. | | | W | $ 300.00 |
| 7. Furs and jewelry. | | | W | $ 100.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

FORM B6B-Cont.
(10/89)

In re Foster, Regina M. _____, Case No. _____
      Debtor                                                                                               (If known)

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

FORM B6B-cont.
(10/89)

In re <u>Foster, Regina M.</u>,   Case No. _____
      **Debtor**   (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | | W | $ 5,500.00 |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. Itemize. | X | | | |

_____ continuation sheets attached     Total ➤    $ 9,131.00

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

Case 05-32776   Doc 1   Filed 08/18/05   Entered 08/18/05 16:22:05   Desc Petition
Page 9 of 9

FORM B6C
(6/90)

In re Foster, Regina M.                                    ,         Case No. _____
         **Debtor**                                                              **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. § 522(b)(1): Exemptions provided in 11 U.S.C. § 522(d). **Note: These exemptions are available only in certain states.**
☒ 11 U.S.C. § 522(b)(2): Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| residence | 735 ILCS 5/12-1001 | $ 7,500.00 | $ 80,000.00 |
| furniture and appliances 6 rooms | 735 ILCS 5/12-1001 | $ 1,200.00 | $ 500.00 |
| various books | 735 ILCS 5/12-1001 | $ 200.00 | $ 100.00 |
| personal clothes | 735 ILCS 5/12-1001 | $ 200.00 | $ 300.00 |
| costume jewelry | 735 ILCS 5/12-1001 | $ 400.00 | $ 100.00 |
| 1999 Pontiac | 735 ILCS 5/12-1001 | $ 1,200.00 | $ 5,500.00 |