```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 32776
   REGINA FOSTER
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-3275


--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 08/18/2005 and was not confirmed.

     The case was transferred to Glenn Stearns, Trustee on 10/28/2005.
--------------------------------------------------------------------------------
CREDITOR NAME               CLASS            CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                                 PAID           PAID
--------------------------------------------------------------------------------
MORTGAGE LENDERS NETWORK  CURRENT MORTG           .00              .00            .00
MORTGAGE LENDERS NETWORK  MORTGAGE ARRE       7501.00              .00            .00
USA PAYDAY LOANS          UNSECURED          NOT FILED             .00            .00
GUARANTY BANK             UNSECURED          NOT FILED             .00            .00
TOYOTA                    UNSECURED          NOT FILED             .00            .00
ROTO ROOTER               UNSECURED          NOT FILED             .00            .00
TCF NATIONAL BANK         UNSECURED          NOT FILED             .00            .00
SBC ILLINOIS              UNSECURED          NOT FILED             .00            .00
TRINSIC COMMUNICATIONS    UNSECURED          NOT FILED             .00            .00
TREE WIZARDS              UNSECURED          NOT FILED             .00            .00
B & D DISCOUNT CARPET     UNSECURED          NOT FILED             .00            .00
UNIVERSAL FIDELITY CORP   UNSECURED          NOT FILED             .00            .00
NICOR GAS                 UNSECURED          NOT FILED             .00            .00
WELLS FARGO FINANCIAL     SECURED             4500.00              .00            .00
WILLIS E BROWN            DEBTOR ATTY             .00                             .00
TOM VAUGHN                TRUSTEE                                                 .00
DEBTOR REFUND             REFUND                                                  .00

          Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                            RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                          .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                          ---------------      ---------------
TOTALS                           .00                  .00
```

            PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 05 B 32776 REGINA FOSTER

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

                                               /s/ Tom Vaughn

Dated: 02/16/06                   _____
                                              TOM VAUGHN
                                              CHAPTER 13 TRUSTEE